**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Maria Izquierdo**    JOINT DEBTOR: _____    CASE NO.: **12-13839-AJC**
Last Four Digits of SS# **xxx-xx-2550**    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A.  $ **212.22**  for months **1** to **36** ;
  B.  $ _____ for months _____ to _____ ;
  C.  $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative:   Attorney's Fee -   $ **3,900.00**   TOTAL PAID $ **1,800.00**
                  Balance Due        $ **2,100.00**   payable $ **140.00** /month   (Months **1** to **15** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**    Arrearage on Petition Date   $ _____
Address: _____    Arrears Payment   $ _____ /month   (Months ___ to ___)
Account No: _____    Regular Payment   $ _____ /month   (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| GMAC Mortgage acct # 3477 | 10510 SW 157 Court, #103, Miami, FL 33196  68,490.00  $ | 0.00% | $ 0.00 | 1 To 36 | Debtor seeks to strip second mortgage as wholly unsecured |

Priority Creditors: [as defined in 11 U.S.C. §507]
**1.** _____    Total Due   $ **0.00**
                Payable     $ **0.00** /month    (Months **0** to **0**)   Regular Payment $ **N/A**

Unsecured Creditors: Pay $ **51.00** /month (Months **1** to **15** ) and Pay $ **191.00** /month (Month **16** to **36**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current and will continue to pay directly and outside the plan the following creditors: First Mortgage with GMAC Mortgage, acct #8957; Hammocks Community Association, acct #3103; Royal Palm At The Hammocks, acct #3103; Miami Dade County Tax Collector, acct #0470;

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Maria Izquierdo
**Maria Izquierdo**
Debtor

Date: **March 14, 2012**